IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN LEE                                                                                               PLAINTIFF

v.                          Civil No. 4:13-cv-04121

JERRY CAMPBELL, Warden;
TINA MAXWELL, Treatment;
ROGER WISE, Manager Medical
Department; and GREGORY
WICKS, Treatment                                                                                      DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Justin Lee, filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se*.

On December 17, 2013, an order (ECF No. 2) was entered directing the Plaintiff to file an application to proceed *in forma pauperis* (IFP) and an amended complaint by January 8, 2014. To date, Plaintiff has failed to respond to the Court order. No mail has been returned as undeliverable. Plaintiff has not communicated with the Court since he filed the complaint.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of April 2014.

                                                              /s/ Barry A. Bryant
                                                             HON. BARRY A. BRYANT
                                                             UNITED STATES MAGISTRATE JUDGE