IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN LEE                                                                                              PLAINTIFF

vs.                                           Civil No. 13-CV-4121

JERRY CAMPBELL, Warden; *et al.*                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 24, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No.4). Judge Bryant recommends that this case be dismissed with prejudice on the grounds that Plaintiff has failed to obey an order of the Court and has failed to prosecute this action. Fed. R. Civ. P. 41(b). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of May, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge